# **EXHIBIT A**

**Corporate Organizational Chart**





**Notes and Legend**

*Ownership is 100% unless otherwise noted*

ACA Security Systems LP

ACA Security Systems GP, LLC owns 1%
My Alarm Center, LLC owns 99%

        LLC

        LP